STATE of Missouri,
Plaintiff-Respondent,

v.

Milford FREDRICK,
Defendant-Appellant.

No. 48958.

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 1985.

Charles F. James, Wentzville, for defendant-appellant.

Mary Elise Burnett, Office of Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant father appeals from a jury conviction for first degree sexual abuse, attempt to commit sodomy, and sodomy, in violation of § 566.100 and § 566.060 RSMo 1978 respectively. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 30.25(b).